# In the United States Court of Federal Claims

**07-409 C**

**Filed:6/22/2007**

**SIMON ROOFING AND SHEET METAL CORP.**

**v.**

**THE UNITED STATES**

**Document**: Complaint and Exhibits 1-3.

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.