ORIGINAL

FILED
JUN 2 2 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SIMON ROOFING AND SHEET METAL CORP.

v.

No. 07-409 C

THE UNITED STATES

NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the Rules of United States Court of Federal Claims ("RCFC"), Simon Roofing and Sheet Metal Corp. ("Simon Roofing") hereby files this Notice of Directly Related Case.

1. **Title and Case Number of Related Case**

   Simon Roofing and Sheet Metal Corp. v. United States
   Case No. 1:07-cv-00267

2. **Statement of Relationship**

   This Complaint and the matter of Simon Roofing and Sheet Metal Corp. v. United States (Case No. 1:07-cv-00267) involve the same contract (Contract No. W912P9-05-D-0522) and the same parties; Simon Roofing and the United States Army Corps of Engineers. Therefore, under RCFC 40.2(a)(1)(A) and (B) these two cases are deemed directly related.

3. **Statement of Assignment**

   Simon Roofing hereby states that assignment to a single Judge, or consolidation of the earlier-filed case (Case No. 1:07-cv-00267) and the present action being filed is likely to conserve judicial resources and promote efficient determination of the actions.

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

ANNA K. RASKE (OH 0066997)
JEFFREY D. ZIMON (OH 0059565)
TASIA E. MCINTYRE (OH 0081259)
2300 BP Tower, Suite 2300; 200 Public Square
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

*Attorneys for Plaintiff, Simon Roofing and Sheet Metal Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Directly Related Case was delivered with the Complaint and, pursuant to RCFC 4, served upon the United States through delivery to the clerk, this 21st day of June 2007.

I hereby certify that the foregoing Notice of Directly Related Case was filed electronically in Case No. 1:07-cv-00267 on the 21st day of June, 2007, in accordance with the Court's electronic filing guidelines to complete service upon David M. Hibbey, attorney for Defendant. The Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

One of the Attorneys for Defendants
Simon Roofing and Sheet Metal Corp.