ORIGINAL

FILED
JUN 22 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

SIMON ROOFING AND SHEET METAL CORP.

v.

No. 07-409 C

THE UNITED STATES

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Simon Roofing and Sheet Metal Corp. ("Simon Roofing") hereby states that Simon Roofing is an Ohio corporation and does not have any parent corporation nor is Simon Roofing a publicly held corporation.

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP**

ANNA K. RASKE (OH 0066997)
JEFFREY D. ZIMON (OH 0059565)
TASIA E. MCINTYRE (OH 0081259)
2300 BP Tower, Suite 2300; 200 Public Square
Cleveland, Ohio 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588
araske@bfca.com
jzimon@bfca.com
tmcintyre@bfca.com

*Attorneys for Plaintiff, Simon Roofing and Sheet Metal Corp.*