**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**SIMON ROOFING AND SHEET METAL CORP.**

Plaintiff,

**v.**

**Nos. 07-267-C**
**07-409-C**

**Judge Francis M. Allegra**

**THE UNITED STATES**

Defendant.

**ORDER**

Upon consideration of Plaintiff's Motion to Consolidate, and it appearing that the matters of *Simon Roofing and Sheet Metal Corp. v. The United States* (Case No. 1:07-cv-00267) and *Simon Roofing and Sheet Metal Corp. v. The United States* (Case No. 1:07-cv-00409) involve the same contract and the same parties, Plaintiff's Motion to Consolidate cases 1:07-cv-00267 and 1:07-cv-00409 is hereby granted.

**IT IS SO ORDERED.**

Dated this ____ day of August, 2007

______________________________
Francis M. Allegra
Judge