**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **SIMON ROOFING AND SHEET METAL CORP.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-267C<br>No. 07-409<br>(Judge Allegra) |
| **THE UNITED STATES,** | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a seven day enlargement of time, to and including August 27, 2007, within which to file a response to plaintiff's complaint that was filed in Simon Roofing and Sheet Metal Corp. v. United States, No. 07-409 (Fed. Cl.)). Presently, the Government's responsive pleading to the complaint is due no later than August 20, 2007. This is the Government's first request for an enlargement of time in to file a responsive pleading to this complaint. Plaintiff's counsel represents that plaintiff consents to our request.

The Government seeks an enlargement of seven days, to and including August 27, 2007, so that it may file responsive pleadings on the same day to the two complaints the plaintiff has served on the Government. On April 27, 2007, plaintiff filed its first complaint with this Court in the matter of Simon Roofing and Sheet Metal Corp. v. United States, No. 07-267 (Fed. Cl.) ("first complaint"). On June 21, 2007, plaintiff filed a second complaint against the Government in this Court captioned Simon Roofing and

Sheet Metal Corp. v. United States, No. 07-409 (Fed. Cl.) ("second complaint"). The plaintiff also filed a notice of related case with the second complaint. On June 25, 2007, this Court granted our unopposed motion for an enlargement of time to respond to the first complaint and ordered the defendant to file a responsive pleading to the first complaint on or before August 27, 2007. On August 1, 2007, plaintiff filed its motion to consolidate the first and second complaints.[1] In order to preserve the continuity of deadlines and the efficient administration of these two complaints, the Government seeks an enlargement of seven days, to and including August 27, 2007, to respond to the second complaint. The Government also believes that this additional time will permit the parties an opportunity to explore settlement options.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time of seven days, to and including August 27, 2007, within which to file a responsive pleading to the second complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

[1] The Government does not intend to oppose this motion.

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

August 7, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of August, 2007, a copy of the foregoing "Defendant's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey