# In The United States Court of Federal Claims

No. 07-409C

(Filed: August 8, 2007)

---

SIMON ROOFING AND METAL CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

**ORDER**

---

On August 1, 2007, plaintiff filed a motion to consolidate this case with another case plaintiff filed previously in this court, *Simon Roofing and Metal Corp. v. United States*, No. 07-409C. This motion is hereby **GRANTED**. Pursuant to RCFC 42(a), the Clerk is hereby directed to consolidate this case with the previously filed matter, No. 07-267C.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge